UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 26-166 KMM/LIB

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COURTNEY JOHN BARRETT, SR.,<br><br>Defendant. | ) | **INDICTMENT**<br><br>18 U.S.C. § 1151<br>18 U.S.C. § 1153(a)<br>18 U.S.C. § 2243(a)<br>18 U.S.C. § 2246(2) |

THE UNITED STATES GRAND JURY CHARGES THAT:

**COUNT 1**
(Sexual Abuse of a Minor)

Between on or about June 6, 2023, and on or about March 30, 2024, in the State and District of Minnesota and within the exterior boundaries of the Red Lake Indian Reservation, the defendant,

**COURTNEY JOHN BARRETT, SR.,**

an Indian, did knowingly engage and attempt to engage in a sexual act, to wit, the penetration and intentional touching, not through the clothing, of the genitalia of another person, Minor Victim 1, who had attained the age of 12 years but had not attained the age of 16 years and was at least four years younger than the defendant, with an intent to abuse, humiliate, harass, degrade, and arouse or gratify the sexual desire of any person, all in violation

SCANNED
SEP 2 2 2026
U.S. DISTRICT COURT MPLS

of Title 18, United States Code, Sections 1151, 1153(a), 2243(a), 2246(2)(A), (D).

**COUNT 2**
(Sexual Abuse of a Minor)

Between on or about February 12, 2025, and on or about February 14, 2025, in the State and District of Minnesota and within the exterior boundaries of the Red Lake Indian Reservation, the defendant,

**COURTNEY JOHN BARRETT, SR.**,

an Indian, did knowingly engage and attempt to engage in a sexual act, to wit, contact between the penis and the anus, not through the clothing of Minor Victim 1 who had attained the age of 12 years but had not attained the age of 16 years and was at least four years younger than the defendant, all in violation of Title 18, United States Code, Sections 1151, 1153(a), 2243(a), 2246(2)(A).

**FORFEITURE ALLEGATIONS**

Upon conviction of any of Counts 1 or 2 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a):

1. any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which

contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18, United States Code;

2. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and
3. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

If any of the above-described property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

A TRUE BILL

UNITED STATES ATTORNEY FOREPERSON